# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 CW 0156

VERSUS

PROPERTY SEIZED FROM
DEMETRIUS RANDALL & IMANNE
BULLARD $43,755.00 IN U.S.
CURRENCY

**MAY 10, 2021**

---

In Re:   State of Louisiana, applying for supervisory writs,
22nd Judicial District Court, Parish of St. Tammany,
No. 2020-11404.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**

**JMM
GH
AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT